FILED

2016 OCT 26 PM 4:36

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

DOUGLAS R. BAILEY

CASE NO. 6:16-cr-212-ORL-40 TBS
18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 12, 2014, in the Middle District of Florida, the defendant,

**DOUGLAS R. BAILEY**

did knowingly receive material that contains child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and (b)(1).

## COUNT TWO

On or about December 19, 2014, in the Middle District of Florida, the defendant,

## DOUGLAS R. BAILEY

did knowingly receive material that contains child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and (b)(1).

## COUNT THREE

On or about April 7, 2015, in the Middle District of Florida, the defendant,

## DOUGLAS R. BAILEY

did knowingly possess material that contains child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet, and produced using

materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer.

All in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

2. Upon conviction of the violations alleged in Counts One, Two, and Three, the defendant, **DOUGLAS R. BAILEY**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253, all of his interest in any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to, a Toshiba laptop computer and a Seagate hard drive.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

*Cassacha Jacobs*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
Ilianys Rivera Miranda
Assistant United States Attorney

By: *[signature]*
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

DOUGLAS R. BAILEY

## INDICTMENT

Violations:

18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)

A true bill,

_Cassandra Jacobs_
Foreperson

Filed in open court this 26th day
of October, 2016.

_____
Clerk

Bail  $ _____

GPO 863 525